UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDAN MASON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 17-11296

Hon. John Corbett O'Meara

# ORDER GRANTING PLAINTIFF'S PETITION FOR ATTORNEY'S FEES

Before the court is Plaintiff's motion for an award of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). Plaintiff requests attorney's fees in the amount of $3,587, representing 20.5 hours of work at $175 per hour. Defendant does not object to Plaintiff's request for attorney's fees.

The court may award fees to the prevailing party under the EAJA "unless the court finds that the position of the United States was substantially justified or that special circumstances make an award unjust." 28 U.S.C. § 2412(d)(1)(A). In light of Defendant's acquiescence in Plaintiff's request, the court finds an award of fees to be appropriate under the EAJA. In addition, the court finds Plaintiff's counsel's

requested hourly rate to be reasonable and in line with market rates. See

Montgomery v. Colvin, 2015 WL 6467627 (E.D. Mich. Oct. 27, 2015) (O'Meara, J.).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's petition for attorney's fees is GRANTED.

s/John Corbett O'Meara<br>United States District Judge

Date: February 26, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 26, 2018, using the ECF system.

s/William Barkholz<br>Case Manager